
# Log In

**Username/E-Mail Address**

**Password**

☐
☐

☐ Log In

FORGOT MY PASSWORD                    REGISTER

## Recent Updates

- **August 8**
  - Correct Issues with Paying Filing Fees during case filing.
  - **Texas Southern**
    - LF 13-10 & 13-11 Standard/Non-Standard Fixed Fee Agreement - Update eff. 04/01/25
  - **Michigan Eastern Plan**
    - Updated Section 5.1 to display "Crammed" or "Modified" instead of "Yes"

- **August 5**
  - Added feature to allow users to associate case/contact with a support ticket
  - **South Carolina Plan**
    - Corrected error when opening SCB Plan, the issue was caused by a Secured Creditor not having an asset attached.
  - **Missouri Eastern Plan**
    - Updated plan - Effective 6/01/2025
  - **Minnesota**
    - Updated NOTICE OF RESPONSIBILITIES OF DEBTORS AND THEIR ATTORNEYS -