

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10307181
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jennifer Corsanico | Comcast (CC) of Willow Grove | | 08/03/2025 | 08/16/2025 | 08/22/2025 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,876.46 | 816.10 | 631.64 | 340.90 | **2,087.82** |
| YTD | 1,133.00 | 72,501.99 | 14,287.06 | 12,953.96 | 7,918.70 | **37,342.27** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 5,508.55 |
| CIP Quarterly Bonus | | | | | 1,833.36 |
| Flex Day | | | | | 2,634.18 |
| Floating Holiday | | | | | 1,160.87 |
| Holiday Pay | | | | | 2,282.52 |
| Non-Cash GU Zero Net | 07/01/2025 - 07/31/2025 | | | 6.90 | 31.66 |
| Regular Pay - Salary | 08/03/2025 - 08/16/2025 | 80 | 48.37 | 3,869.56 | 54,259.66 |
| Vacation Pay | | | | | 4,791.19 |
| Earnings | | | | 3,876.46 | 72,501.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 220.08 | 4,170.72 |
| Medicare | 51.47 | 975.41 |
| Federal Withholding | 194.14 | 4,664.46 |
| State Tax - PA | 108.31 | 2,054.67 |
| SUI-Employee Paid - PA | 2.72 | 50.79 |
| City Tax - CHELT | 52.92 | 1,003.91 |
| PA LST - CHELT | 2.00 | 34.00 |
| Employee Taxes | 631.64 | 12,953.96 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Catchup | 2.000% | 77.39 | 1,449.37 |
| 401k Pretax | 10.000% | 386.96 | 7,209.69 |
| Dental | | 27.63 | 442.08 |
| Health Care Reimb Acct | | 25.00 | 400.00 |
| Medical | | 288.68 | 4,618.88 |
| Vision | | 10.44 | 167.04 |
| Pre-tax Deductions | | 816.10 | 14,287.06 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | | 1,674.24 |
| Child AD&D Insurance | | 0.12 | 1.92 |
| Child Life Insurance | | 0.58 | 9.28 |
| ESPP | 4.000% | 154.78 | 2,898.80 |
| Life and AD&D Retro | | | 0.32 |
| Non-Cash Gross-up Offset | | 4.67 | 21.48 |
| Personal (Hospital Indemnity Personal) | | 4.98 | 79.68 |
| Roth 401k Catchup | 2.000% | 77.39 | 1,449.37 |
| Roth 401k Posttax | 2.000% | 77.39 | 1,449.37 |
| Spouse AD&D Insurance | | 1.15 | 18.40 |
| Spouse Life Insurance | | 9.28 | 148.48 |
| Supplemental AD&D Ins | | 1.62 | 25.62 |
| Supplemental Life Ins | | 8.94 | 141.74 |
| Post-tax Deductions | | 340.90 | 7,918.70 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.31 | 52.41 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.11 |
| Retro Taxable GTL | | 1.08 |
| Taxable GTL | 21.72 | 342.12 |
| Taxable Non-Cash Event | 25.03 | 395.72 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WELLS FARGO BANK, NA | WELLS FARGO BANK, NA ******1867 | ******1867 | | 2,087.82 | USD |



Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10307181
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jennifer Corsanico | Comcast (CC) of Willow Grove | | 07/20/2025 | 08/02/2025 | 08/08/2025 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 48.00 | 4,526.16 | 894.89 | 832.21 | 493.40 | **2,305.66** |
| YTD | 1,053.00 | 68,625.53 | 13,470.96 | 12,322.32 | 7,577.80 | **35,254.45** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 5,508.55 |
| CIP Quarterly Bonus | 07/20/2025 - 08/02/2025 | | | 656.59 | 1,833.36 |
| Flex Day | | | | | 2,634.18 |
| Floating Holiday | | | | | 1,160.87 |
| Holiday Pay | | | | | 2,282.52 |
| Non-Cash GU Zero Net | | | | | 24.76 |
| Regular Pay - Salary | 07/20/2025 - 08/02/2025 | 48 | 48.37 | 2,321.74 | 50,390.10 |
| Vacation Pay | 07/20/2025 - 08/02/2025 | 32 | 48.37 | 1,547.83 | 4,791.19 |
| Earnings | | | | 4,526.16 | 68,625.53 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 260.37 | 3,950.64 |
| Medicare | 60.89 | 923.94 |
| Federal Withholding | 314.85 | 4,470.32 |
| State Tax - PA | 128.26 | 1,946.36 |
| SUI-Employee Paid - PA | 3.17 | 48.07 |
| City Tax - CHELT | 62.67 | 950.99 |
| PA LST - CHELT | 2.00 | 32.00 |
| Employee Taxes | 832.21 | 12,322.32 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Catchup | 2.000% | 90.52 | 1,371.98 |
| 401k Pretax | 10.000% | 452.62 | 6,822.73 |
| Dental | | 27.63 | 414.45 |
| Health Care Reimb Acct | | 25.00 | 375.00 |
| Medical | | 288.68 | 4,330.20 |
| Vision | | 10.44 | 156.60 |
| Pre-tax Deductions | | 894.89 | 13,470.96 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 104.64 | 1,674.24 |
| Child AD&D Insurance | | 0.12 | 1.80 |
| Child Life Insurance | | 0.58 | 8.70 |
| ESPP | 4.000% | 181.05 | 2,744.02 |
| Life and AD&D Retro | | | 0.32 |
| Non-Cash Gross-up Offset | | | 16.81 |
| Personal (Hospital Indemnity Personal) | | 4.98 | 74.70 |
| Roth 401k Catchup | 2.000% | 90.52 | 1,371.98 |
| Roth 401k Posttax | 2.000% | 90.52 | 1,371.98 |
| Spouse AD&D Insurance | | 1.15 | 17.25 |
| Spouse Life Insurance | | 9.28 | 139.20 |
| Supplemental AD&D Ins | | 1.62 | 24.00 |
| Supplemental Life Ins | | 8.94 | 132.80 |
| Post-tax Deductions | | 493.40 | 7,577.80 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.31 | 49.10 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.11 |
| Retro Taxable GTL | | 1.08 |
| Taxable GTL | 21.72 | 320.40 |
| Taxable Non-Cash Event | 25.03 | 370.69 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WELLS FARGO BANK, NA | WELLS FARGO BANK, NA ******1867 | ******1867 | | 2,305.66 | USD |



Comcast (CC) of Willow Grove  
One Comcast Center  
Philadelphia, PA 19103-2838  
Phone: 877-909-4748

Employee ID: 10307181  
Employee Type: Regular-Full time  
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jennifer Corsanico | Comcast (CC) of Willow Grove | | 07/06/2025 | 07/19/2025 | 07/25/2025 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 48.00 | 3,869.58 | 816.10 | 629.42 | 440.87 | **1,983.19** |
| YTD | 1,005.00 | 64,099.37 | 12,576.07 | 11,490.11 | 7,084.40 | **32,948.79** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 5,508.55 |
| CIP Quarterly Bonus | | | | | 1,176.77 |
| Flex Day | | | | | 2,634.18 |
| Floating Holiday | | | | | 1,160.87 |
| Holiday Pay | | | | | 2,282.52 |
| Non-Cash GU Zero Net | | | | | 24.76 |
| Regular Pay - Salary | 07/06/2025 - 07/19/2025 | 48 | 48.37 | 2,321.74 | 48,068.36 |
| Vacation Pay | 07/06/2025 - 07/19/2025 | 32 | 48.37 | 1,547.84 | 3,243.36 |
| Earnings | | | | 3,869.58 | 64,099.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 219.65 | 3,690.27 |
| Medicare | 51.37 | 863.05 |
| Federal Withholding | 192.77 | 4,155.47 |
| State Tax - PA | 108.10 | 1,818.10 |
| SUI-Employee Paid - PA | 2.71 | 44.90 |
| City Tax - CHELT | 52.82 | 888.32 |
| PA LST - CHELT | 2.00 | 30.00 |
| Employee Taxes | 629.42 | 11,490.11 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Catchup | 2.000% | 77.39 | 1,281.46 |
| 401k Pretax | 10.000% | 386.96 | 6,370.11 |
| Dental | | 27.63 | 386.82 |
| Health Care Reimb Acct | | 25.00 | 350.00 |
| Medical | | 288.68 | 4,041.52 |
| Vision | | 10.44 | 146.16 |
| Pre-tax Deductions | | 816.10 | 12,576.07 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 104.64 | 1,569.60 |
| Child AD&D Insurance | | 0.12 | 1.68 |
| Child Life Insurance | | 0.58 | 8.12 |
| ESPP | 4.000% | 154.78 | 2,562.97 |
| Life and AD&D Retro | | | 0.32 |
| Non-Cash Gross-up Offset | | | 16.81 |
| Personal (Hospital Indemnity Personal) | | 4.98 | 69.72 |
| Roth 401k Catchup | 2.000% | 77.39 | 1,281.46 |
| Roth 401k Posttax | 2.000% | 77.39 | 1,281.46 |
| Spouse AD&D Insurance | | 1.15 | 16.10 |
| Spouse Life Insurance | | 9.28 | 129.92 |
| Supplemental AD&D Ins | | 1.62 | 22.38 |
| Supplemental Life Ins | | 8.94 | 123.86 |
| Post-tax Deductions | | 440.87 | 7,084.40 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.31 | 45.79 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.11 |
| Retro Taxable GTL | | 1.08 |
| Taxable GTL | 21.72 | 298.68 |
| Taxable Non-Cash Event | 25.03 | 345.66 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WELLS FARGO BANK, NA | WELLS FARGO BANK, NA ******1867 | ******1867 | | 1,983.19 | USD |



Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10307181
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jennifer Corsanico | Comcast (CC) of Willow Grove | | 06/22/2025 | 07/05/2025 | 07/11/2025 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,869.57 | 816.10 | 629.44 | 440.87 | **1,983.16** |
| YTD | 957.00 | 60,229.79 | 11,759.97 | 10,860.69 | 6,643.53 | **30,965.60** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 5,508.55 |
| CIP Quarterly Bonus | | | | | 1,176.77 |
| Flex Day | | | | | 2,634.18 |
| Floating Holiday | | | | | 1,160.87 |
| Holiday Pay | 06/22/2025 - 07/05/2025 | 8 | 48.37 | 386.96 | 2,282.52 |
| Non-Cash GU Zero Net | | | | | 24.76 |
| Regular Pay - Salary | 06/22/2025 - 07/05/2025 | 72 | 48.37 | 3,482.61 | 45,746.62 |
| Vacation Pay | | | | | 1,695.52 |
| Earnings | | | | 3,869.57 | 60,229.79 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 219.66 | 3,470.62 |
| Medicare | 51.38 | 811.68 |
| Federal Withholding | 192.77 | 3,962.70 |
| State Tax - PA | 108.10 | 1,710.00 |
| SUI-Employee Paid - PA | 2.71 | 42.19 |
| City Tax - CHELT | 52.82 | 835.50 |
| PA LST - CHELT | 2.00 | 28.00 |
| Employee Taxes | 629.44 | 10,860.69 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Catchup | 2.000% | 77.39 | 1,204.07 |
| 401k Pretax | 10.000% | 386.96 | 5,983.15 |
| Dental | | 27.63 | 359.19 |
| Health Care Reimb Acct | | 25.00 | 325.00 |
| Medical | | 288.68 | 3,752.84 |
| Vision | | 10.44 | 135.72 |
| Pre-tax Deductions | | 816.10 | 11,759.97 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 104.64 | 1,464.96 |
| Child AD&D Insurance | | 0.12 | 1.56 |
| Child Life Insurance | | 0.58 | 7.54 |
| ESPP | 4.000% | 154.78 | 2,408.19 |
| Life and AD&D Retro | | | 0.32 |
| Non-Cash Gross-up Offset | | | 16.81 |
| Personal (Hospital Indemnity Personal) | | 4.98 | 64.74 |
| Roth 401k Catchup | 2.000% | 77.39 | 1,204.07 |
| Roth 401k Posttax | 2.000% | 77.39 | 1,204.07 |
| Spouse AD&D Insurance | | 1.15 | 14.95 |
| Spouse Life Insurance | | 9.28 | 120.64 |
| Supplemental AD&D Ins | | 1.62 | 20.76 |
| Supplemental Life Ins | | 8.94 | 114.92 |
| Post-tax Deductions | | 440.87 | 6,643.53 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.31 | 42.48 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.11 |
| Retro Taxable GTL | | 1.08 |
| Taxable GTL | 21.72 | 276.96 |
| Taxable Non-Cash Event | 25.03 | 320.63 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WELLS FARGO BANK, NA | WELLS FARGO BANK, NA ******1867 | ******1867 | | 1,983.16 | USD |