# Philip Berger Earnings Statement

**Employee**
Philip Berger
XXX-XX-7518
8115 Brookside Rd
Elkins Park, PA 19027

**Company**
D A General Contractor Co
D A Genral Contractor Co
837 Crosswicks Rd
Rydal, PA 19046
215-778-6142

Pay period: Jun 21, 2025 - Jun 27, 2025 Pay Day: Jul 1, 2025
WF ( . . . 1867): $1,067.06

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $34.50 | 40.0 | $1,380.00 | $15,594.00 |
| **Totals** | | **40.0** | **$1,380.00** | **$15,594.00** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $142.33 | $1,459.39 |
| Social Security | $85.56 | $966.83 |
| Medicare | $20.01 | $226.11 |
| PA Withholding Tax | $42.37 | $478.75 |
| PA UC Tax Employee Withholding | $0.97 | $10.93 |
| Abington EIT | $20.70 | $233.91 |
| Abington LST | $1.00 | $13.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $85.56 | $966.83 |
| Medicare | $20.01 | $226.11 |
| FUTA | $0.00 | $41.99 |
| PA UC Tax Employer Contribution | $0.00 | $382.18 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

# Philip Berger Earnings Statement

Pay period: Jun 28, 2025 - Jul 4, 2025  Pay Day: Jul 8, 2025
WF ( . . . 1867): $874.04

**Company**
D A General Contractor Co
D A Genral Contractor Co
837 Crosswicks Rd
Rydal, PA 19046
215-778-6142

**Employee**
Philip Berger
XXX-XX-7518
8115 Brookside Rd
Elkins Park, PA 19027

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,380.00 | $15,594.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $312.94 | $3,388.92 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,067.06 | $12,205.08 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,067.06 | $12,205.08 |
| Total Hours Worked | 40.0 | 452.0 |

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $34.50 | 32.0 | $1,104.00 | $16,698.00 |
| Totals | | 32.0 | **$1,104.00** | **$16,698.00** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $93.28 | $1,552.67 |
| Social Security | $68.45 | $1,035.28 |
| Medicare | $16.01 | $242.12 |
| PA Withholding Tax | $33.89 | $512.64 |
| PA UC Tax Employee Withholding | $0.77 | $11.70 |
| Abington EIT | $16.56 | $250.47 |
| Abington LST | $1.00 | $14.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|

# Philip Berger Earnings Statement

Pay period: Jul 5, 2025 - Jul 11, 2025  Pay Day: Jul 15, 2025
WF ( . . . 1867): $1,067.06

| Company | Employee |
| --- | --- |
| D A General Contractor Co<br>D A Genral Contractor Co<br>837 Crosswicks Rd<br>Rydal, PA 19046<br>215-778-6142 | Philip Berger<br>XXX-XX-7518<br>8115 Brookside Rd<br>Elkins Park, PA 19027 |

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
| --- | --- | --- | --- | --- |
| Regular Hours | Hourly | $34.50 | 40.0 | $1,380.00 | $18,078.00 |
| **Totals** | | **40.0** | **$1,380.00** | **$18,078.00** |

### Employee Deductions

| Description | Type | Current | Year To Date |
| --- | --- | --- | --- |
| None | – | $0.00 | $0.00 |

Social Security  $68.45  $1,035.28
Medicare  $16.01  $242.12
FUTA  $0.00  $41.99
PA UC Tax Employer Contribution  $0.00  $382.18

### Employer Contributions

| Description | Type | Current | Year To Date |
| --- | --- | --- | --- |
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
| --- | --- | --- |
| Gross Earnings | $1,104.00 | $16,698.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $229.96 | $3,618.88 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $874.04 | $13,079.12 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $874.04 | $13,079.12 |
| Total Hours Worked | 32.0 | 484.0 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $142.33 | $1,695.00 |
| Social Security | $85.56 | $1,120.84 |
| Medicare | $20.01 | $262.13 |
| PA Withholding Tax | $42.37 | $555.01 |
| PA UC Tax Employee Withholding | $0.97 | $12.67 |
| Abington EIT | $20.70 | $271.17 |
| Abington LST | $1.00 | $15.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $85.56 | $1,120.84 |
| Medicare | $20.01 | $262.13 |
| FUTA | $0.00 | $41.99 |
| PA UC Tax Employer Contribution | $0.00 | $382.18 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,380.00 | $18,078.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $312.94 | $3,931.82 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,067.06 | $14,146.18 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,067.06 | $14,146.18 |
| Total Hours Worked | 40.0 | 524.0 |

# Philip Berger Earnings Statement

Pay period: Jul 12, 2025 - Jul 18, 2025 Pay Day: Jul 22, 2025
WF ( . . . 1867): $874.05

**Employee**
Philip Berger
XXX-XX-7518
8115 Brookside Rd
Elkins Park, PA 19027

**Company**
D A General Contractor Co
D A Genral Contractor Co
837 Crosswicks Rd
Rydal, PA 19046
215-778-6142

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $34.50 | 32.0 | $1,104.00 | $19,182.00 |
| **Totals** | | **32.0** | **$1,104.00** | **$19,182.00** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $93.28 | $1,788.28 |
| Social Security | $68.44 | $1,189.28 |
| Medicare | $16.01 | $278.14 |
| PA Withholding Tax | $33.89 | $588.90 |
| PA UC Tax Employee Withholding | $0.77 | $13.44 |
| Abington EIT | $16.56 | $287.73 |
| Abington LST | $1.00 | $16.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $68.44 | $1,189.28 |
| Medicare | $16.01 | $278.14 |
| FUTA | $0.00 | $41.99 |
| PA UC Tax Employer Contribution | $0.00 | $382.18 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

# Philip Berger Earnings Statement

Pay period: Jul 19, 2025 - Jul 25, 2025  Pay Day: Jul 29, 2025
WF ( . . . 1867): $874.04

**Company**
D A General Contractor Co
D A Genral Contractor Co
837 Crosswicks Rd
Rydal, PA 19046
215-778-6142

**Employee**
Philip Berger
XXX-XX-7518
8115 Brookside Rd
Elkins Park, PA 19027

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,104.00 | $19,182.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $229.95 | $4,161.77 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $874.05 | $15,020.23 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $874.05 | $15,020.23 |
| Total Hours Worked | 32.0 | 556.0 |

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $34.50 | 32.0 | $1,104.00 | $20,286.00 |
| **Totals** | | **32.0** | **$1,104.00** | **$20,286.00** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $93.28 | $1,881.56 |
| Social Security | $68.45 | $1,257.73 |
| Medicare | $16.01 | $294.15 |
| PA Withholding Tax | $33.89 | $622.79 |
| PA UC Tax Employee Withholding | $0.77 | $14.21 |
| Abington EIT | $16.56 | $304.29 |
| Abington LST | $1.00 | $17.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|

# Philip Berger Earnings Statement

Pay period: Jul 26, 2025 - Aug 1, 2025  Pay Day: Aug 5, 2025
WF ( . . . 1867): $1,067.06

**Company**

D A General Contractor Co
D A Genral Contractor Co
837 Crosswicks Rd
Rydal, PA 19046
215-778-6142

**Employee**

Philip Berger
XXX-XX-7518
8115 Brookside Rd
Elkins Park, PA 19027

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $34.50 | 40.0 | $1,380.00 | $21,666.00 |
| **Totals** | | **40.0** | **$1,380.00** | **$21,666.00** |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Social Security | | $68.45 | $1,257.73 |
| Medicare | | $16.01 | $294.15 |
| FUTA | | $0.00 | $41.99 |
| PA UC Tax Employer Contribution | | $0.00 | $382.18 |
| None | - | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | - | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,104.00 | $20,286.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $229.96 | $4,391.73 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $874.04 | $15,894.27 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $874.04 | $15,894.27 |
| Total Hours Worked | 32.0 | 588.0 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $142.33 | $2,023.89 |
| Social Security | $85.56 | $1,343.29 |
| Medicare | $20.01 | $314.16 |
| PA Withholding Tax | $42.37 | $665.16 |
| PA UC Tax Employee Withholding | $0.97 | $15.18 |
| Abington EIT | $20.70 | $324.99 |
| Abington LST | $1.00 | $18.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $85.56 | $1,343.29 |
| Medicare | $20.01 | $314.16 |
| FUTA | $0.00 | $41.99 |
| PA UC Tax Employer Contribution | $0.00 | $382.18 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,380.00 | $21,666.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $312.94 | $4,704.67 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,067.06 | $16,961.33 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,067.06 | $16,961.33 |
| Total Hours Worked | 40.0 | 628.0 |

# Philip Berger Earnings Statement

Pay period: Aug 2, 2025 - Aug 8, 2025  Pay Day: Aug 12, 2025
WF (...1867): $874.04

**Employee**
Philip Berger
XXX-XX-7518
8115 Brookside Rd
Elkins Park, PA 19027

**Company**
D A General Contractor Co
D A Genral Contractor Co
837 Crosswicks Rd
Rydal, PA 19046
215-778-6142

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $34.50 | 32.0 | $1,104.00 | $22,770.00 |
| **Totals** | | **32.0** | **$1,104.00** | **$22,770.00** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $93.28 | $2,117.17 |
| Social Security | $68.45 | $1,411.74 |
| Medicare | $16.01 | $330.17 |
| PA Withholding Tax | $33.89 | $699.05 |
| PA UC Tax Employee Withholding | $0.77 | $15.95 |
| Abington EIT | $16.56 | $341.55 |
| Abington LST | $1.00 | $19.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $68.45 | $1,411.74 |
| Medicare | $16.01 | $330.17 |
| FUTA | $0.00 | $41.99 |
| PA UC Tax Employer Contribution | $0.00 | $382.18 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

# Philip Berger Earnings Statement

Pay period: Aug 9, 2025 - Aug 15, 2025 Pay Day: Aug 20, 2025
WF ( . . . 1867): $874.05

**Company**
D A General Contractor Co
D A Genral Contractor Co
837 Crosswicks Rd
Rydal, PA 19046
215-778-6142

**Employee**
Philip Berger
XXX-XX-7518
8115 Brookside Rd
Elkins Park, PA 19027

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,104.00 | $22,770.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $229.96 | $4,934.63 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $874.04 | $17,835.37 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $874.04 | $17,835.37 |
| Total Hours Worked | 32.0 | 660.0 |

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $34.50 | 32.0 | $1,104.00 | $23,874.00 |
| Totals | | 32.0 | $1,104.00 | $23,874.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $93.28 | $2,210.45 |
| Social Security | $68.45 | $1,480.19 |
| Medicare | $16.00 | $346.17 |
| PA Withholding Tax | $33.89 | $732.94 |
| PA UC Tax Employee Withholding | $0.77 | $16.72 |
| Abington EIT | $16.56 | $358.11 |
| Abington LST | $1.00 | $20.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|

| | | | Year To Date |
|---|---|---|---|
| Social Security | | | $1,480.19 |
| Medicare | | | $346.17 |
| FUTA | | | $41.99 |
| PA UC Tax Employer Contribution | | | $382.18 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,104.00 | $23,874.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $229.95 | $5,164.58 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $874.05 | $18,709.42 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $874.05 | $18,709.42 |
| Total Hours Worked | 32.0 | 692.0 |