# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| Jennifer Lynne Corsanico and Philip Todd Berger,<br><br>                                     Debtors. | Case No. 25-13411-DJB<br><br>Chapter 13 |

**Praecipe to Withdraw Documents**

To the Clerk of Court:

Please withdraw the documents numbered as ECF No. 2, ECF No. 3, and ECF No. 4, that were filed with the Court on August 28, 2025. Thank you.

Date: August 29, 2025

                                   CIBIK LAW, P.C.
                                   *Counsel for Debtor*

                                   By: */s/ Michael A. Cibik*
                                          Michael A. Cibik (#23110)
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA 19102
                                   215-735-1060
                                   mail@cibiklaw.com