**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer Lynne Corsanico           CHAPTER 13
       Philip Todd Berger
            Debtor(s)          BKY. NO. 25-13411 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of CSMC 2021-RPL9 Trust and index same on the master mailing list.

           Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
04 Sep 2025, 10:39:12, EDT

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322