**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jennifer Lynne Corsanico<br>           Philip Todd Berger<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25-13411 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of CSMC 2021-RPL9 Trust and index same on the master mailing list.

                                        Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
04 Sep 2025, 10:39:12, EDT

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322

Document ID: 0482e4fbacd380b277b5e45ddef50e868792ae63ae8c4fd208d6b3b64743837f