# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Philip Todd Berger** <br> **Jennifer Lynne Corsanico** <br>                               **Debtor(s)** <br><br> **CSMC 2021-RPL9 Trust** <br>                               **Movant** <br><br>                **vs.** <br><br> **Philip Todd Berger** <br> **Jennifer Lynne Corsanico** <br>                               **Respondent(s)** <br><br> **Kenneth E. West** <br>                               **Trustee** | **CHAPTER 13** <br><br><br> **NO.** 25-13411 DJB |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by CSMC 2021-RPL9 Trust, it is **Ordered** and **Decreed** that confirmation is **denied**.

 

                                                                                             _____
                                                                                             Bankruptcy Judge