# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Philip Todd Berger**<br>　　　**Jennifer Lynne Corsanico**<br>　　　　　　　　　　　　　　**Debtor(s)**<br><br>**CSMC 2021-RPL9 Trust**<br>　　　　　　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Philip Todd Berger**<br>**Jennifer Lynne Corsanico**<br>　　　　　　　　　　　　　　**Respondent(s)** | CHAPTER 13<br>BK. NO. 25-13411 DJB |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **October 9, 2025**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Michael A. Cibik2 Esq. (via ECF)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Philip Todd Berger
8115 Brookside Rd
Elkins Park, PA 19027

Jennifer Lynne Corsanico
8115 Brookside Rd
Elkins Park, PA 19027

Date: October 9, 2025

　　　　　　　　　　　　　　　　　By: /s/ Matthew Fissel
　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com