# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Jennifer Lynne Corsanico and Philip Todd Berger,<br><br>                      Debtors. | Case No. 25-13411-DJB<br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on December 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 8, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**

190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

**CSMC 2021-RPL9 Trust**

c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Method of Service - First Class Mail:**

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Cornerstone
PO Box 82561
Lincoln, NE 68501

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Santander Consumer USA, Inc
Attn: Bankruptcy
95 Amaral St
Riverside, RI 02915-2204

Montgomery County Tax Claim Bureau
1 Montgomery Plz Ste 600
Norristown, PA 19401-4851

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

Mr. Cooper
Attn: Bankruptcy
P.O. Box 818060
Cleveland, OH 44181

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

**LVNV Funding LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001