# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Jennifer Lynne Corsanico and Philip Todd Berger,<br><br>                                    Debtors. | Case No. 25-13411-DJB<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed Chapter 13 Plan (doc. # 34, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 33) is **APPROVED**.

**Date:**

                                                  Honorable Derek J. Baker
                                                  U.S. Bankruptcy Judge