**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

|  |  |
|---|---|
| Jennifer Lynne Corsanico and Philip Todd Berger, <br><br> Debtors. | Case No. 25-13411-DJB <br> Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the

confirmed Chapter 13 Plan (doc. # 34, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 33) is **APPROVED**.

Date:  **April 16, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge