**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Philip Todd Berger<br>        Jennifer Lynne Corsanico<br><div align="center">Debtor(s)</div> | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust<br><div align="center">Movant</div><br>            vs. | NO. 25-13411 DJB |
| Philip Todd Berger<br>Jennifer Lynne Corsanico<br><div align="center">Debtor(s)</div> | 11 U.S.C. Section 362 |
| Kenneth E. West<br><div align="center">Trustee</div> | |

**MOTION OF Wilmington Savings Fund Society, FSB, not in its individual capacity but solely
as Trustee of Shorebreak NPL Trust
FOR RELIEF FROM THE AUTOMATIC STAY
UNDER SECTION 362**

1.      Movant is Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust.

2.      Debtor(s) is/are the owner(s) of the premises 8115 Brookside Road, Elkins Park, PA 19027, hereinafter referred to as the mortgaged premises.

3.      Movant is the holder of a mortgage, original principal amount of $265,000.00 on the mortgaged premises that was executed on June 14, 2004.  The mortgage has been assigned as follows: FROM: CSMC 2021-RPL9 Trust, by Select Portfolio Servicing, Inc., as its Attorney in Fact, TO: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust, by assignment of mortgage dated July 15, 2026, recorded July 31, 2026, in Book 16277, Page 01774.

4.       Kenneth E. West is the Trustee appointed by the Court.

5.      The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6.  Debtor(s) has/have failed to make the monthly post-petition mortgage payments in the amount of $2,806.97 for the months of March 2026 through July 2026, less suspense funds of $82.42.

7.  In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8.  The total amount necessary to reinstate the loan post-petition is $13,952.43 (plus attorney's fees & costs).

9.  Movant is entitled to relief from stay for cause.

10.  Select Portfolio Servicing, Inc. services the loan on the property referenced in this Motion for Relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust. Said entity has the right to foreclose by virtue of being the owner and holder of the note. The promissory note is either made payable to said entity or has been duly endorsed.

11.  This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises.  Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Maggie Soboleski
Maggie Soboleski, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com