# EXHIBIT C

**MTG BK 13446 PG 02607 to 02609**
INSTRUMENT # : 2012112221
RECORDED DATE: 11/07/2012 02:14:18 PM





**RECORDER OF DEEDS**
**MONTGOMERY COUNTY**
*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

| OFFICIAL RECORDING COVER PAGE | Page 1 of 3 |
|---|---|

| | |
|---|---|
| **Document Type:** Mortgage Assignment | **Transaction #:** |
| **Document Date:** 10/26/2012 | **Document Page Count:** |
| **Reference Info:** | **Operator Id:** |

| **RETURN TO:** (Mail) | **PAID BY:** |
|---|---|
| NATIONWIDE TITLE CLEARING INC | NATIONWIDE TITLE CLEARING INC |
| 2100 ALTERNATE 19 NORTH | |
| PALM HARBOR, FL 34683 | |

**\* PROPERTY DATA:**
Parcel ID #:
Address:       8115 BROOKSIDE RD

ELKINS PARK  PA
19027
Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 11168 PG 01748

| **FEES / TAXES:** | | MTG BK 13446 PG 02607 to 02609 |
|---|---|---|
| Recording Fee:Mortgage Assignment | $54.00 | Recorded Date: 11/07/2012 02:14:18 PM |
| Misc Fee | $4.00 | |
| **Total:** | $58.00 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.  **Nancy J. Becker** **Recorder of Deeds** |

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

Prepared By / Return To:
E.Lance/NTC, 2100 Alt. 19 North,
Palm Harbor, FL 34683
(800)346-9152

RECORDER OF DEEDS
MONTGOMERY COUNTY

2012 NOV -7 AM 9: 18

Tax Code/PIN/UPI #: ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
▮▮▮▮▮▮▮  CHELTENHAM
8115 BROOKSIDE RD
BERGER PHILIP T & CORSANICO JENNIFER                  $10.00
B 011  U 006  L  1101  DATE: 11/07/2012                JO

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS P.O. BOX 2026, FLINT, MI, 48501, (ASSIGNOR), (MERS Address: 1901 E Voorhees Street, Suite C, Danville, IL 61834) by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to CITIMORTGAGE, INC., WHOSE ADDRESS IS 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368-2240 (800)283-7918, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 06/14/2004, in the amount of $265,000.00, made by PHILIP T. BERGER AND JENNIFER CORSANICO to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, recorded on 06/30/2004, in the Office of the Recorder of Deeds of MONTGOMERY County, Pennsylvania, in Book 11168, Page 1748, and/or Document # 2004133752. .

Property is commonly known as: 8115 BROOKSIDE ROAD TWP. OF CHELTENHAM, ELKINS PARK, PA 19027.

Dated on 10/_26_/2012 (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS

By: _Belinda Aguirre_
BELINDA AGUIRRE
ASST. SECRETARY

PAGE 1

STATE OF FLORIDA COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 10/__26__/2012 (MM/DD/YYYY), by BELINDA AGUIRRE as ASST. SECRETARY for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS, who, as such ASST. SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

ELIZABETH A MUSTARD
Notary Public - State of FLORIDA
Commission expires: 08/27/2015

Elizabeth A. Mustard
Notary Public State of Florida
My Commission # EE 088429
Expires August 27, 2015
Bonded Thru Notary Public Underwriters

Assignment of Mortgage from:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS P.O. BOX 2026, FLINT, MI, 48501, (ASSIGNOR), (MERS Address: 1901 E Voorhees Street, Suite C, Danville, IL 61834)
to:
CITIMORTGAGE, INC., WHOSE ADDRESS IS 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368-2240 (800)283-7918, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE)

Mortgagor: PHILIP T. BERGER AND JENNIFER CORSANICO

When Recorded Return To:
CitiMortgage, Inc.
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

All that certain lot or piece of ground situated in
Mortgage Premise: 8115 BROOKSIDE ROAD TWP. OF CHELTENHAM
ELKINS PARK, PA 19027
MONTGOMERY
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said mortgage.

I, BELINDA AGUIRRE , hereby certify that the below information and address for the assignee are correct:
CITIMORTGAGE, INC., WHOSE ADDRESS IS 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368-2240 (800)283-7918, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE)

By: _____
BELINDA AGUIRRE ASST. SECRETARY

PAGE 2

 



**MTG BK 13757 PG 00768 to 00771**
INSTRUMENT # : 2014014999
RECORDED DATE: 03/13/2014 12:21:19 PM

**RECORDER OF DEEDS**
MONTGOMERY COUNTY
*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

| **OFFICIAL RECORDING COVER PAGE** | Page 1 of 4 |
|---|---|

| | | |
|---|---|---|
| **Document Type:** Mortgage Assignment<br>**Document Date:** 02/12/2014<br>**Reference Info:** | **Transaction #:**<br>**Document Page Count:**<br>**Operator Id:** | |
| **RETURN TO:** (Simplifile)<br>Nationwide Title Clearing<br>2100 Alternate 19 N<br>Palm Harbor, FL 34683 | **PAID BY:**<br>NATIONWIDE TITLE CLEARING | |

**\* PROPERTY DATA:**
Parcel ID #:
Address:          8115 BROOKSIDE RD

ELKINS PARK  PA
19027
Municipality:     Cheltenham Township (100%)
School District:  Cheltenham

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 11168 PG 01748

| **CONSIDERATION/SECURED AMT:** 265000.00 | MTG BK 13757 PG 00768 to 00771<br>Recorded Date: 03/13/2014 12:21:19 PM |
|---|---|
| **FEES / TAXES:**<br>Recording Fee:Mortgage Assignment    $64.00<br>**Total:**    $64.00 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.<br><br><br><br>**Nancy J. Becker**<br>**Recorder of Deeds** |

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

Prepared By / Return To:
E.Lance/NTC, 2100 Alt. 19 North,
Palm Harbor, FL 34683
(800)346-9152

**Citi Loan No** ███████████
**Seterus Loan No** ███████████
**Fannie Loan No** ███████████

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
██████████████ CHELTENHAM TOWNSHIP
8115 BROOKSIDE RD
BERGER PHILIP T & CORSANICO JENNIFER          $15.00
B 011  L  U 006  1101 03/13/2014                          JG

Tax Code/PIN/UPI #: █████████████

## ASSIGNMENT OF MORTGAGE

**Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc., 14523 SW Millikan Way, #200, Beaverton, OR 97005, telephone #1-866-570-5277, which is responsible for receiving payments.**

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, CITIMORTGAGE, INC.,WHOSE ADDRESS IS 1000 TECHNOLOGY DRIVE, O'FALLON, MO, 63368, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 100, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage dated 06/14/2004, in the amount of $265,000.00 made by PHILIP T BERGER AND JENNIFER CORSANICO to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP recorded on 06/30/2004, in the Office of the Recorder of Deeds of MONTGOMERY County, in the State of Pennsylvania, in Book 11168, Page 1748 and/or Document # 2004133752.

Property is more commonly known as: 8115 BROOKSIDE RD TOWNSHIP OF CHELTENHAM, ELKINS PARK, PA 19027.

See Exhibit attached for Assignments, Modifications etc.

**Dated this 12th day of February in the year 2014**
**CITIMORTGAGE, INC.**

By: _____

**TYLER DRIVER**
**VICE PRESIDENT**

All Authorized Signatories whose signatures appear above have reviewed this document and supporting documentation prior to signing.

**Citi Loan No**
**Seterus Loan No**
**Fannie Loan No**

STATE OF FLORIDA   COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 12th day of February in the year 2014, by Tyler Driver as VICE PRESIDENT of CITIMORTGAGE, INC., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**NICOLE BALDWIN - NOTARY PUBLIC**
**COMM EXPIRES: 08/05/2016**

> Nicole Baldwin
> Notary Public State of Florida
> My Commission # EE 222285
> Expires August 5, 2016

Assignment of Mortgage from:

**CITIMORTGAGE, INC.,WHOSE ADDRESS IS 1000 TECHNOLOGY DRIVE, O'FALLON, MO, 63368, (ASSIGNOR),**

to:

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 100, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **PHILIP T BERGER AND JENNIFER CORSANICO**

When Recorded Return To:
CitiMortgage, Inc.
C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North
Palm Harbor, FL 34683

All that certain lot or piece of ground situated in
Mortgage Premise: 8115 BROOKSIDE RD TOWNSHIP OF CHELTENHAM
         ELKINS PARK, PA 19027
         MONTGOMERY
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Tyler Driver**, do certify that the precise address of the within named Assignee is:
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 100, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

**TYLER DRIVER**
**VICE PRESIDENT**

All Authorized Signatories whose signatures appear above have reviewed this document and supporting documentation prior to signing.

Loan No: ███████

### 'EXHIBIT A'

Assignments, Modifications, Consolidations Exhibit

Assignment: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP TO CITIMORTGAGE, INC. DATED 10-26-2012. REC: 11-07-2012 BK 13446 PG 02607 INSTR# 2012112221

 

**MTG BK 14838 PG 02159 to 02162**
INSTRUMENT # : 2020006870
RECORDED DATE: 01/27/2020 01:45:07 PM



RECORDER OF DEEDS
MONTGOMERY COUNTY
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

| OFFICIAL RECORDING COVER PAGE | Page 1 of 4 |
|---|---|

| | |
|---|---|
| **Document Type:** Mortgage Assignment<br>**Document Date:** 01/21/2020<br>**Reference Info:** | **Transaction #:**<br>**Document Page Count:**<br>**Operator Id:** |
| **RETURN TO:** (Simplifile)<br>Nationwide Title Clearing Inc.<br>2100 Alt 19<br>Palm Harbor, FL 34683-2620<br>(727) 771-4000 | **PAID BY:**<br>NATIONWIDE TITLE CLEARING INC |

**\* PROPERTY DATA:**
Parcel ID #:
Address:          8115 BROOKSIDE RD

              ELKINS PARK  PA
              19027
Municipality:     Cheltenham Township (100%)
School District:  Cheltenham

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 11168 PG 01748

| | |
|---|---|
| **CONSIDERATION/SECURED AMT:**   265000.00<br><br>**FEES / TAXES:**<br>Recording Fee:Mortgage<br>Assignment                    $80.75<br><br>**Total:**                    $80.75 | MTG BK 14838 PG 02159 to 02162<br>Recorded Date: 01/27/2020 01:45:07 PM<br><br>I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.<br><br><br><br>**Jeanne Sorg**<br>**Recorder of Deeds** |

Rev1 2016-01-29

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION

Prepared By:
Dave LaRose/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Fannie Mae
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

**Investor Loan Number** ▮▮▮▮▮
**Fannie Mae Loan #** ▮▮▮▮▮

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
▮▮▮▮▮▮▮ CHELTENHAM TOWNSHIP
8115 BROOKSIDE RD
BERGER PHILIP T & CORSANICO JENNIFER        $15.00
B 011  L  U 006  1101 01/22/2020                    JG

Tax Code/PIN#: ▮▮▮▮▮

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 5600 GRANITE PKWY., BUILDING VII, PLANO, TX 75024, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL9 TRUST, WHOSE ADDRESS IS 500 DELAWARE AVENUE, 11TH FLOOR, ATTENTION: CSMC 2019-RPL9, WILMINGTON, DE 19801, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 06/14/2004, in the amount of $265,000.00 made by **PHILIP T. BERGER AND JENNIFER CORSANICO** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS** recorded on 06/30/2004, in the Office of the Recorder of Deeds of **MONTGOMERY** County, in the State of **Pennsylvania,** in **Book 11168 and Page 1748.**

Property is more commonly known as: 8115 BROOKSIDE ROAD CHELTENHAM TOWNSHIP, ELKINS PARK, PA 19027.

See Exhibit attached for Assignments, Modifications etc.

**Dated this 21st day of January in the year 2020**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact**

By: _____

JESSICA REAVES
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

**Investor Loan Number**
**Fannie Mae Loan #**

STATE OF FLORIDA   COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 21st day of January in the year 2020, by Jessica Reaves as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**DESTINY TROWBRIDGE**
**COMM EXPIRES: 05/16/2023**



DESTINY TROWBRIDGE
Notary Public - State of Florida
Commission # GG 335605
My Comm. Expires May 16, 2023
Bonded through National Notary Assn.

Assignment of Mortgage from:
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 5600 GRANITE PKWY., BUILDING VII, PLANO, TX 75024, (ASSIGNOR),**
to:
**WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL9 TRUST, WHOSE ADDRESS IS 500 DELAWARE AVENUE, 11TH FLOOR, ATTENTION: CSMC 2019-RPL9, WILMINGTON, DE 19801, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **PHILIP T. BERGER AND JENNIFER CORSANICO**

All that certain lot or piece of ground situated in
Mortgage Premise: 8115 BROOKSIDE ROAD CHELTENHAM TOWNSHIP
                  ELKINS PARK, PA 19027
                  MONTGOMERY
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, Jessica Reaves, do certify that the precise address of the within named Assignee is:
**WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL9 TRUST, WHOSE ADDRESS IS 500 DELAWARE AVENUE, 11TH FLOOR, ATTENTION: CSMC 2019-RPL9, WILMINGTON, DE 19801, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

**JESSICA REAVES**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

**Investor Loan Number** ██████
**Fannie Mae Loan #** ████████

"EXHIBIT"

Assignment: CITIMORTGAGE, INC. TO FEDERAL NATIONAL MORTGAGE ASSOCIATION DATED
02-12-2014. REC: 03-13-2014 BK 13757 PG 00768



RECORDER OF DEEDS
MONTGOMERY COUNTY
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MT**
INSTRUMENT # : 2024008581
RECORDED DATE: 12/23/2024 09:23:02 AM

**MONTGOMERY COUNTY ROD**

### OFFICIAL RECORDING COVER PAGE

Page 1 of 3

| | | |
|---|---|---|
| **Document Type:** Mortgage Assignment | **Transaction #:** | |
| **Document Date:** 12/13/2024 | **Document Page Count:** | |
| **Reference Info:** | **Operator Id:** | |
| **RETURN TO:** (Simplifile) | **PAID BY:** | |
| Residential Real Estate Review, Inc. | RESIDENTIAL REAL ESTATE REVIEW INC | |
| 3217 Decker Lake Dr | | |
| West Valley City, UT 84119-3284 | | |
| (801) 594-6000 | | |

**\* PROPERTY DATA:**
Parcel ID #:
Address:        8115 BROOKSIDE RD

                ELKINS PARK  PA
                19027
Municipality:   Cheltenham Township (100%)
School District:   Cheltenham

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 11168 PG 01748

| **FEES / TAXES:** | | MTG BK 16003 PG 00939 to 00941 |
|---|---|---|
| Recording Fee:Mortgage | | Recorded Date: 12/23/2024 09:23:02 AM |
| Assignment | $80.75 | |
| **Total:** | $80.75 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania. |
| | | **Jeanne Sorg** |
| | | **Recorder of Deeds** |

Rev1 2016-01-29

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
NOTE: If document data differs from cover sheet, document data always supersedes.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION

12/23/2024  09:23:02 AM ███████████ MONTCO

Prepared By: ~~~~~~~~~~~
Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT  84119

When Recorded Return To:        MONTGOMERY COUNTY COMMISSIONERS REGISTRY
Residential RealEstate Review   ████████ CHELTENHAM TOWNSHIP
Collateral Document Services    8115 BROOKSIDE RD
3217 S. Decker Lake Drive       BERGER PHILIP T & CORSANICO JENNIFER        $15.00
Salt Lake City, UT  84119       B 011 L  U 006  1101 12/19/2024                 JU

**Assessor's/Ta**████████████

**CORPORATE ASSIGNMENT OF MO**█████
**Montgomery, Pennsylvania**
**Residential RealEstate**████████

Date of Assignment: _____ DEC 1 3 2024
Assignor: WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT
SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL9 TRUST, BY SELECT PORTFOLIO
SERVICING, INC. AS ITS ATTORNEY IN FACT at C/O SELECT PORTFOLIO SERVICING, INC, 3217
S. DECKER LAKE DRIVE, SALT LAKE CITY, UT  84119
Assignee: CSMC 2021-RPL9 TRUST at C/O SELECT PORTFOLIO SERVICING, INC, 3217 S.
DECKER LAKE DRIVE, SALT LAKE CITY, UT  84119

Executed By: PHILIP T. BERGER AND JENNIFER CORSANICO  To: MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR CARDINAL FINANCIAL COMPANY,
LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS
Dated: 06-14-2004 Recorded: 06-30-2004 as Instrument/Document 2004133752, Book/Reel/Liber
11168, Page/Folio 1748  In the County of Montgomery, State of Pennsylvania.

-Assigned by FEDERAL NATIONAL MORTGAGE ASSOCIATION to WILMINGTON SAVINGS FUND
SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC
2019-RPL9 TRUST, ITS SUCCESSORS AND ASSIGNS Dated: 01-21-2020 Recorded: 01-27-2020 as
Instrument/Document 2020006870, Book/Reel/Liber 14838, Page/Folio 02159

Property Address: 8115 BROOKSIDE ROAD, ELKINS PARK, PA  19027 in the Township of
CHELTENHAM

I do certify that the precise address of CSMC 2021-RPL9 TRUST is C/O SELECT PORTFOLIO
SERVICING, INC, 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT  84119
Attested By:

~~~~~~~~~~~

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and
sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named
Assignee, the said Mortgage having an original principal sum of $265,000.00 with interest, secured
thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and
the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under

12/23/2024  09:23:02 AM ▮▮▮▮▮▮▮▮▮▮▮▮▮ MONTCO

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2
the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument, and the said property unto the said assignee
forever, subject to the terms contained in said Security Instrument.

WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOL▮
OWNER TRUSTEE OF CSMC 2019-RPL9 TRUST, BY SELECT PORTFOLIO SERVICING, IN▮
ITS ATTORNEY IN FACT
On ____DEC 1 3 2024____

By: _Sandi Widdowson_____
____Sandi Widdowson___
____Document Control Officer
STATE OF Utah
COUNTY OF Salt Lake

On,____DEC 1 3 2024____, before me, _____Jennifer C. Brown_____, a
Public in and for SALT LAKE in the State of UTAH, personally appeared
____Sandi Widdowson_____
____Document Control Officer_____, of WILMINGTON SAVINGS FUND SO▮
FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL9
TRUST, BY SELECT PORTFOLIO SERVICING, INC. AS ITS ATTORNEY IN FACT, personally known to
me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or
the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

____Jennifer C. Brown_____

R C BROWN
▮c State of Utah
▮ssion Expires on:
▮ 05, 2026
▮umber: 725606

 

**MTG BK 16277 PG 01772 to 01774**
INSTRUMENT # : 2026044207
RECORDED DATE: 07/31/2026 10:11:41 AM



RECORDER OF DEEDS
MONTGOMERY COUNTY
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

| OFFICIAL RECORDING COVER PAGE | Page 1 of 3 |
|---|---|

| | |
|---|---|
| **Document Type:** Mortgage Assignment | **Transaction #:** ▆▆▆▆▆ |
| **Document Date:** 07/15/2026 | **Document Page Count:** 2 |
| **Reference Info:** | **Operator Id:** lhuang |
| **RETURN TO:** (Simplifile)<br>Residential Real Estate Review, Inc.<br>3217 Decker Lake Dr<br>West Valley City, UT 84119-3284<br>(801) 594-6000 | **PAID BY:**<br>RESIDENTIAL REAL ESTATE REVIEW INC |

**\* PROPERTY DATA:**
Parcel ID #:        ▆▆▆▆▆▆
Address:            8115 BROOKSIDE RD

                    ELKINS PARK  PA
                    19027
Municipality:       Cheltenham Township (100%)
School District:    Cheltenham

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 11168 PG 01748

| **FEES / TAXES:** | | MTG BK 16277 PG 01772 to 01774 |
|---|---|---|
| Recording Fee:Mortgage Assignment | $81.75 | Recorded Date: 07/31/2026 10:11:41 AM |
| **Total:** | $81.75 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania. |



**Jeanne Sorg**
**Recorder of Deeds**

Rev1 2016-01-29

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION

Prepared By: **Nathan Mcreynolds**

Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT  84119

When Recorded Return To:
Residential RealEstate Review
Collateral Document Services
3217 S. Decker Lake Drive
Salt Lake City, UT  84119

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
CHELTENHAM TOWNSHIP
8115 BROOKSIDE RD
BERGER PHILIP T & CORSANICO JENNIFER          $15.00
B 011  L   U 006  1101 07/24/2026                          TW

**Assessor's/Tax ID No.** ▉▉▉▉▉

## CORPORATE ASSIGNMENT OF MORTGAGE

**Montgomery, Pennsylvania**
**Residential RealEstate Review#** ▉▉▉▉▉

Date of Assignment:          **JUL 1 5 2026**

Assignor: CSMC 2021-RPL9 Trust BY SELECT PORTFOLIO SERVICING, INC. AS ITS ATTORNEY IN FACT at c/o SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119

Assignee: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust at c/o SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119

Executed By: PHILIP T. BERGER AND JENNIFER CORSANICO  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS

Dated: 06-14-2004 Recorded: 06-30-2004 as Instrument/Document: 2004133752 Book/Reel/Liber: 11168 Page/Folio: 1748  In the County of Montgomery, State of Pennsylvania.

-Assigned by Wilmington Savings Fund Society, FSB not in its individual capacity, but solely as owner trustee of CSMC 2019-RPL9 Trust to CSMC 2021-RPL9 TRUST Dated: 12-13-2024 Recorded: 12-23-2024 as Instrument/Document: 2024068581 Book/Reel/Liber: 16003 Page/Folio: 00939

Property Address: 8115 BROOKSIDE ROAD, ELKINS PARK, PA  19027 in the Township of CHELTENHAM

I do certify that the precise address of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust is c/o SELECT PORTFOLIO SERVICING, INC, 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT  84119

Attested By:

_____  N·M·

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $265,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2
the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument, and the said property unto the said assignee
forever, subject to the terms contained in said Security Instrument.

CSMC 2021-RPL9 Trust BY SELECT PORTFOLIO SERVICING, INC. AS ITS ATTORNEY IN FACT
On _____ JUL 1 5 2026



By: ___ N·M·
 Nathan Mcreynolds         Nathan Mcreynolds
 Document Control Office·   Document Control Officer
STATE OF Utah
COUNTY OF Salt Lake

On, ___ JUL 1 5 2026 ___, before me, _____ Vicky Padilla _____, a Notary
Public in and for SALT LAKE in the State of UTAH, personally appeared
Nathan Mcreynolds
_____,
____**Document Control Officer_____, of CSMC 2021-RPL9 Trust BY SELECT
PORTFOLIO SERVICING, INC. AS ITS ATTORNEY IN FACT, personally known to me (or proved to me
on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
                Vicky Padilla

VICKY PADILLA
Notary Public  State of Utah
My Commission Expires on:
February 19, 2029
Comm. Number: 741760