**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Jennifer Lynne Corsanico<br>and Philip Todd Berger,<br>Debtors. | Case No. 25-13411-DJB<br>Chapter 13 |

**Debtors' Objection to Motion for Relief from Stay**

**AND NOW**, Debtors Jennifer Lynne Corsanico and Philip Todd Berger, by and through their attorney, hereby object to the Motion for Relief from Stay filed by Wilmington Savings Fund Society.

Date: August 19, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtors' Objection to Motion for Relief from Stay filed by Wilmington Savings Fund Society to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: August 19, 2026

/s/ Michael A. Cibik
Michael A. Cibik