**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Jennifer Lynne Corsanico and Philip Todd Berger, Debtors. | Case No. 25-13411-DJB<br>Chapter 13 |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtors Jennifer Lynne Corsanico and Philip Todd Berger, by and through their attorney, move this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtors state as follows:

1. The Debtors filed this case under Chapter 13 on August 28, 2025.
2. The trustee in this case is Kenneth E. West.
3. The current plan was approved on January 8, 2026. It is a 100% plan.
4. Creditor Wilmington Savings Fund Society recently filed a Motion for Relief From the Automatic Stay ("MFR").
5. A stipulation settling the MFR has been filed at ECF No. 44, and the Debtors want to amend their plan to roll in the post-petition arrears per the stipulation's terms.
6. The proposed plan rolls in the post-petition arrears and increases the Debtors' monthly payments to the Trustee moving forward.
7. The Debtors request that the Court enter an order approving the plan filed at ECF No. 48 as the new confirmed plan.

**NOW, THEREFORE,** the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: October 21, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com