**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Jennifer Lynne Corsanico<br>and Philip Todd Berger,<br>Debtors. | Case No. 25-13411-DJB<br>Chapter 13 |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed Chapter 13 Plan (doc. # 49, the “Motion”);

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 48) is **APPROVED**.

**Date:**

Honorable Derek J. Baker
U.S. Bankruptcy Judge