# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Jennifer Lynne Corsanico<br>and Philip Todd Berger,<br>Debtors. | Case No. 25-13411-DJB<br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on October 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan
- Motion to Modify Plan After Confirmation and Proposed Order
- Notice of Motion to Modify Plan After Confirmation

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 21, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - CM/ECF:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

**CSMC 2021-RPL9 Trust**
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

## Method of Service - First Class Mail:

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001